UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KAYO GARCIA DE MELO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00152-JAW |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Respondents | ) | |

JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr., on April 6, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: April 6, 2026